NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1087

BUSHNELL INC. and LASER TECHNOLOGY, INC.,

Plaintiffs-Appellees,

v.

THE BRUNTON COMPANY, LS GLOBAL LLC,
and LANSHUO PHOTOELECTRIC SCIENCE AND TECHNOLOGY COMPANY LTD.,

Defendants-Appellants.

Appeal from the United States District Court for the District of Kansas
in case no. 09-CV-2009, Judge Kathryn H. Vratil.

ORDER

The appellants submit a copy of a November 25, 2009 order of the United States District Court for the District of Kansas.

Upon consideration thereof,

IT IS ORDERED THAT:

The appellants may file a supplement to their motion for a stay. The supplement may not exceed 10 pages and must be filed no later than noon on December 4, 2009. The supplement must be served in an expedited manner on the appellees. The deadline for the appellees to respond to the motion for a stay and the supplement is extended to December 10, 2009.

FOR THE COURT

DEC 01 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  J. Michael Huget, Esq.
     Scott R. Brown, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 01 2009

JAN HORBALY
CLERK